**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISON**

IN RE: **Garnett D Barbour**　　　　　　　　　　　　　CHAPTER 13
　　　　**Tracey L Barbour**　　　　　　　　　　　　　CASE NO. **11-62333**

**ORDER REGARDING OBJECTION TO**
**PROOF OF CLAIM #7-1 FILED BY SERVICE MASTER CLEAN**

　　　　The Debtor, by counsel, submitted an Objection to the claim 7-1 filed by Service Master Clean, stating that said claim is a duplicate of claim 11-1 and requested that the claim be disallowed.

　　　　Upon consideration of the Debtor, and no response or objection filed by Service Master Clean, it is hereby ORDERED that:

　　　　Proof of Claim Number 7-1 filed by Service Master Clean on 10/17/2011 shall be disallowed.

　　　　Copies of this Order are hereby directed to Service Master Clean, c/o Neal L Walters, PO Box 2737 Charlottesville VA 22902, Herbert L. Beskin, Chapter 13 Trustee, PO Box 2103, Charlottesville VA 22902, and the Debtor(s), 2520 Proffit Rd, Charlottesville, VA 22903-4306.

Entered:  December 10, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Rebecca B Connelly
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

I ask for this:

/s/ Larry L. Miller_____
Larry L. Miller
MILLER LAW GROUP, P.C.
1160 Pepsi Place, Suite 341
Charlottesville, VA 22911-7229

Seen:

/s/ Herbert Beskin_____
Herbert Beskin, Trustee
PO Box 2103
Charlottesville, VA 22902